IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01094-WDM-BNB

ANTHONY LOPEZ,

      Plaintiff,

v.

I.C. SYSTEM, INC.,

      Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint is

dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 12, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL